

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00143-CR

**PATRICK HENRY FEATHERSTON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court No. 17-00865-CRM-CCL1**

## MEMORANDUM OPINION

Appellant Patrick Henry Featherston has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Featherston personally signed the motion. The motion is granted, and the appeal is dismissed.

We also grant Featherston's request that the mandate issue at this Court's earliest convenience. *See id.* R. 18.3(c). The Clerk's Office is directed to issue the mandate concurrently with the rendering of the judgment.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 7, 2018
Do not publish
[CR25]

